IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LADONNA A. WILLIAMS,<br><br>              Plaintiff,<br><br>    vs.<br><br>STATE OF NEBRASKA, COUNTY OF DOUGLAS,<br><br>              Defendant(s). | **8:19CV484**<br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff has electronically filed an "amended motion to extend amendment complaint" (Filing No. 8). Although submitted on a state-court form for a notice of lien extension, the court construes the filing as requesting an extension of time to file an Amended Complaint, as directed by the court's April 20, 2020 Memorandum and Order (Filing No. 7). As thus construed, and considering hardships imposed by the COVID-19 pandemic, the motion will be granted.

IT IS THEREFORE ORDERED that Plaintiff's motion for extension of time (Filing No. 8) is granted, and, accordingly, Plaintiff shall have until August 20, 2020, to file an Amended Complaint in compliance with the court's April 20, 2020 Memorandum and Order (Filing No. 7).

Dated this 22nd day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge