IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LADONNA A. WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, COUNTY OF DOUGLAS,<br><br>    Defendant(s). | 8:19CV484<br><br>**MEMORANDUM AND ORDER** |

   On April 20, 2020, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (See Filing No. 7.) On May 22, 2020, the court granted Plaintiff a requested extension of time, until August 20, 2020, to file an amended complaint. (See Filing No. 9.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

   IT IS THEREFORE ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

   Dated this 21st day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge